UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MARC AMOURI BAKAMBIA,

        Plaintiff,

v.

PAUL P. SCHNELL,
*Minnesota Commissioner of Corrections;*
*in his official capacity,*

        Defendant.

Civil No. 24-4623 (JRT/ECW)

**ORDER**

---

Marc Amouri Bakambia, OID # 248643, MCF-Stillwater, 970 Pickett Street North, Bayport, MN 55003, *pro se* plaintiff.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated February 12, 2025, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff Marc Amouri Bakambia's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

    2.    Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is **DENIED** as moot.

    3.    Plaintiff is required to pay the unpaid balance of this action's statutory filing fee—$255.80—in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk

of Court is required to provide notice of this requirement to the authorities at the institution where he is confined.

Dated: June 24, 2025　　　　　　　　　　　　　　_____s/John R. Tunheim_____
at Minneapolis, Minnesota.　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　United States District Judge